UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH CENTRAL DIVISION

FILED
U.S. DISTRICT COURT

2018 JUN 15 A 11: 41

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

CHARLES D. MCCALLON
on behalf of themselves
And all other similarly situated

    Plaintiff.

vs.

Case No.: 2:18-cv-00114-EJF

SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG ELECTRONICS CO., LTD.,
SEARS HOLDINGS MANAGEMENT CORPORATION, and
SEARS, ROEBUCKS AND CO.

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Charles D. McCallon, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A) files his Notice of Voluntary Dismissal. Janssen v. Harris, 321 F.3d 998, 1000, 55 Fed. R. Serv. 3d 710 (10th Cir. 2003) ("[A] plaintiff has an absolute right to dismiss without prejudice."

Respectfully submitted this 15th day of June 2018.

    *Charles D. McCallon* (signature)

CHARLES D. MCCALLON
Pro Se
8351 S. Azul Way
Sandy, UT 84093
Phone: (253)-307-2406
Fax:   (352) 374-7133
Douglaw2020@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15th, 2018, I filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of the Court, which will send a notice of filing to all counsel of record in this action.

*/s/ Charles McCallon*
Charles MCCallon